OPINION — AG — ** EMPLOY — DOCTOR — PHYSICIAN ** THE STATE BOARD OF HEALTH, AS THE CONTROLLING BOARD, HAS IMPLIED AUTHORITY TO EMPLOY THE BEST PERSON AVAILABLE TO MANAGE SAID HOSPITAL AS A TEMPORARY MEASURE WHILE THE SEARCH FOR A PERSON QUALIFIED UNDER THE STATUTES. (EMPLOYMENT, STATE DEPARTMENT OF HEALTH) CITE: 70 O.S. 1258 [70-1258], 63 O.S. 329.1 [63-329.1] (JAMES P. GARRETT)